**JS-6**

LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
EZEKIEL D. CARDER, Bar No. 206537
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail: lbjones@unioncounsel.net
        kzinnen@unioncounsel.net
        ecarder@unioncounsel.net

Attorneys for Plaintiffs

HOWARD M. KNEE, Bar No. 055048
KATHY POURSANAE, Bar No. 269023
BLANK ROME LLP
1925 Century Park East, 19th Floor
Los Angeles, California 90067
Telephone  (424) 239-3400
Fax  (424) 239-3434
E-mail: Knee@BlankRome.com
        KPourSanae@BlankRome.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the BUTCHER AND PROVISION WORKERS PENSION FUND OF SOUTHERN CALIFORNIA,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DONALD M. KANNER, Individually,<br><br>                    Defendant. | Case No. CV 12-9738-GW(AGRx)<br><br>**ORDER** |

[PROPOSED] ORDER
Case No. 2:12-cv-09738-GW (AGRx)

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1  Pursuant to the stipulation of Plaintiffs THE BOARD OF TRUSTEES, in
2  their capacities as Trustees of the BUTCHER AND PROVISION WORKERS
3  PENSION FUND OF SOUTHERN CALIFORNIA, and Defendant DONALD M.
4  KANNER, to dismiss this lawsuit with prejudice,

5  IT IS HEREBY ORDERED

6  This action is dismissed with prejudice.

Dated: October 15, 2013

By: _____
HON. GEORGE H. WU
United States District Judge

133116/737631

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

[PROPOSED] ORDER
Case No. 2:12-cv-09738-GW (AGRx)